***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted March 17; conviction for delivery of heroin reversed and remanded for entry of judgment of conviction for attempted delivery of heroin, remanded for resentencing, otherwise affirmed April 19, 2023

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

THOMAS ALLEN CALDWELL,
*Defendant-Appellant.*

Clackamas County Circuit Court
19CR39275; A176558

Ulanda L. Watkins, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Anne Fujita Munsey, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Greg Rios, Assistant Attorney General, filed the brief for respondent.

Before Aoyagi, Presiding Judge, and Joyce, Judge, and Jacquot, Judge.

AOYAGI, P. J.

Conviction for delivery of heroin reversed and remanded for entry of judgment of conviction for attempted delivery of heroin; remanded for resentencing; otherwise affirmed.

**AOYAGI, P. J.**

Defendant was convicted of possession of heroin and delivery of heroin. On appeal, he challenges the denial of his motion for judgment of acquittal on the delivery count. The state concedes, and we agree, that defendant is entitled to reversal of his delivery conviction because it was based on *State v. Boyd*, 92 Or App 51, 756 P2d 1276, *rev den*, 307 Or 77 (1988), which we recently overruled in *State v. Hubbell*, 314 Or App 844, 847-48, 500 P3d 728 (2021), *rev allowed*, 369 Or 504 (2022).

As for the disposition, we agree with the state that the evidence was sufficient to establish the lesser included offense of attempted delivery and that the proper disposition therefore is to remand for entry of a judgment of conviction for attempted delivery of heroin. *See State v. Dippre*, 320 Or App 317, 323, 512 P3d 835 (2022) (same disposition); *Hubbell*, 314 Or App at 872-73 (same disposition). There was evidence that defendant possessed 5.5 grams of heroin, a scale with heroin residue on it, and over a dozen small, unused clear plastic baggies. Defendant admitted to police that he intended to sell at least some of the heroin to friends and that he was selling it to support his family after losing his job. The evidence was sufficient to establish a "substantial step" toward delivery. *See* ORS 161.405(1) (a person who intentionally takes "a substantial step toward commission of [a] crime" is guilty of attempt to commit such crime); *Hubbell*, 314 Or App at 872-73.

Conviction for delivery of heroin reversed and remanded for entry of judgment of conviction for attempted delivery of heroin; remanded for resentencing; otherwise affirmed.